HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEITH L. NASH,

        Plaintiff,

        v.

VANCOUVER POLICE DEPARTMENT, et al.,

        Defendants.

Case No. C10-5055RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon "Plaintiff's Response to the Court [sic] Order Granting *In Forma Pauperis*" [Dkt. #11]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff was originally granted *in forma pauperis* status on February 8, 2010 [Dkt. #3]. He filed another motion to proceed *in forma pauperis* on March 5, 2010 which this Court denied as moot on March 9, 2010 [Dkt. #10]. In his current filing plaintiff seeks a copy of his complaint and United States Marshal forms in order to accomplish service. The record reflects that defendants returned waivers of service [Dkt. #s 5, 6] and filed an answer [Dkt. #7]. Therefore, service has been executed and plaintiff's requests are **MOOT**.

ORDER
Page - 1

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 2nd day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE