AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case ○

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

JUDGMENT IN A CIVIL CASE

KEITH L. NASH,
    v.

CASE NUMBER:   C10-5055RBL

VANCOUVER POLICE DEPARTMENT,
CLIFFORD R. COOK, OFFICER JOHN
DOES, OFFICER JANE DOES ,

[ √ ]  **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Defendants' Motion for Summary Judgment [Dkt. #12] is GRANTED, and Plaintiff's claims against all Defendants are DISMISSED with prejudice. Plaintiff's Motion to Strike Defendants' Motion for Summary Judgment [Dkt. #17] is DENIED. Plaintiff's Motion for Leave to Amend Complaint [Dkt. #18] is DENIED. Plaintiff's Request/Motion for Alternative Dispute Resolution [Dkt. #15] is DENIED.

DATED :    July 9, 2010

                                        BRUCE  RIFKIN
                                  *Clerk*

                                      /s/   Jean Boring
                                  *(By) Deputy Clerk*, Jean Boring